UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

STEPHON JONES

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:07-CR-468 (GHL)

Robert Weldon, Jr., Esq. (retained)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere] as to count amended on the record

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 240.20 of the NY State Penal Law.

**DATE OFFENSE CONCLUDED:** July 19, 2007

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $250.00 and special assessment of $5.00. Total amount of the fine and special assessment amounts to $255.00, payable no later than March 13, 2008. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** Defendant shall successfully complete 20 hours of community service, which has been completed.

**IT IS FURTHER ORDERED THAT** the original counts of the Information are dismissed on motion of the United States.

February 13, 2008
Date of Imposition of Sentence

February 19, 2008
DATE SIGNED

GEORGE H. LOWE
U.S. Magistrate Judge